UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NEBRASKA HUGGINS,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF ROCKLIN; Rocklin Police Department Officer ANTHONY HANDLEY (Badge #224); Rocklin Police Department Officer JEFFREY KOLASKEY (Badge #205); Rocklin Police Department Corporal GILBERT FARRULLA (Badge #233); and DOES 1-10, inclusive,<br><br>        Defendants. | CIV. NO. 2:15-1424 WBS CKD |
| NEBRASKA HUGGINS,<br><br>        Plaintiff,<br><br>SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN; ROZ GOLDENBERG; and DOES 1-10, inclusive,<br>        Defendants. | CIV. NO. 2:15-2098 KJM CKD |

----oo0oo----

1

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because the plaintiff asserts similar claims in both actions and the claims in the second action arose out of the earlier incident giving rise to the first action.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

        IT IS THEREFORE ORDERED that the actions denominated <u>Huggins v. City of Rocklin, et al.</u>, No. 2:15-1424 WBS CKD, and <u>Huggins v. Sierra Joint Community College District, et al.</u>, No. 2:15-2098 KJM CKD, be, and the same hereby are, deemed related and the case denominated <u>Huggins v. Sierra Joint Community College District, et al.</u>, No. 2:15-2098 KJM CKD, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Huggins v. Sierra Joint Community College District, et al.</u>, No. 2:15-2098 WBS CKD.

        IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: December 7, 2015

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE