BRUCE A. KILDAY, ESQ., SB No. 066415
   Email:  bkilday@akk-law.com
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
   Email:  cfrederickson@akk-law.com
LANCE M. MARTIN, ESQ., SB No. 294457
   Email:  lmartin@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF ROCKLIN, Officer HANDLEY, Officer KOLASKEY, and Corporal FARRULLA

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone:  (916) 444-5678

Attorney for Plaintiff NEBRASKA HUGGINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEBRASKA HUGGINS,<br><br>                 Plaintiff,<br><br>vs.<br><br>CITY OF ROCKLIN; et al.,<br><br>                 Defendants. | Case No.: 2:15-cv-01424-WBS-CKD<br><br>**STIPULATION TO PERMIT THE FILING OF A FIRST AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**<br>**[42 U.S.C. § 1983]** |

     COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that pursuant to Federal Rule of Civil Procedure 15(a)(2) that the Plaintiff be permitted to file a First Amended Complaint in this action. The proposed First Amended Complaint is attached hereto as Exhibit A.

The Proposed First Amended Complaint adds two Doe defendants and one cause of action (Ninth Cause of Action in the Proposed First Amended Complaint): False Light Invasion of Privacy, a violation of the Cal. Constitution, Art. I, § 1.)

The First Amended Complaint also deletes three causes of action (Ninth, Tenth and Eleventh Causes of Action in the original complaint).

Dated: December 16, 2015              ANGELO, KILDAY & KILDUFF, LLP

                                                      By:/s/ <u>Bruce A. Kilday</u>
                                                          BRUCE A. KILDAY
                                                          CARRIE A. FREDERICKSON
                                                          LANCE M. MARTIN
                                                          Attorneys for Defendants

Dated: December 14, 2015              <u>/s/ Stewart Katz</u>
                                                     STEWART KATZ
                                                     Attorney for Plaintiff

**IT IS SO ORDERED.**

**Dated: December 16, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE