**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff

**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, ESQ., SB No. 066415
CARRIE A. McFADDEN, ESQ., SB No. 245199
SEAN D. O'DOWD, ESQ., SB No. 296320
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBRASKA HUGGINS, | Case No.: 2:15-cv-01424-WBS-CKD |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |
| vs. | |
| CITY OF ROCKLIN; et al., | |
| Defendants. | |

COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications to this Court's Pretrial Scheduling Order of October 22, 2015 (ECF 11), regarding the scheduling of this case:

- That the expert witness disclosure cut-off date currently set for June 20, 2016 be moved to July 18, 2016;
- That the rebuttal expert witness disclosure currently set for July 19, 2016 be moved to July 25, 2016.

---
-1-
**Stipulation to Modify Pretrial Scheduling Order; [Proposed] Order**

The parties stipulate to and request this modification of the pretrial order as to the expert witness disclosure only because of deposition scheduling difficulties for the officers due to their schedule and the size of the Rocklin Police Department. There is good cause for this modification, and it does not change the current discovery cutoff of August 19, 2016 or any of the other dates set by the court including those concerning dispositive motions and trial. The parties are confident that the new dates for expert witness disclosures will provide all parties with adequate time to complete dispositive motions and have the case prepared for trial by the currently scheduled trial date.

Dated: May 20, 2016                              **LAW OFFICE OF STEWART KATZ**

                                                 */s/ Stewart Katz (as authorized on 5/20/16)*
                                                 _____
                                                 STEWART KATZ
                                                 Attorney for Plaintiff


Dated:  May 20, 2016                             **ANGELO, KILDAY & KILDUFF, LLP**

                                                    */s/ Bruce A. Kilday*
                                                 By: _____
                                                    BRUCE A. KILDAY
                                                    CARRIE A. McFADDEN
                                                    SEAN D. O'DOWD
                                                    Attorneys for Defendants


**IT IS SO ORDERED.**

Dated:  May 24, 2016

                                                 _____
                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE