1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, SBN 127425
2  555 University Avenue, Suite 270
3  Sacramento, CA  95825
   Telephone:  (916) 444-5678
4
   Attorneys for Plaintiff
5
6  **ANGELO, KILDAY & KILDUFF, LLP**
   BRUCE A. KILDAY, ESQ., SB No. 066415
7  CARRIE A. McFADDEN, ESQ., SB No. 245199
   SEAN D. O'DOWD, ESQ., SB No. 296320
8  601 University Avenue, Suite 150
   Sacramento, CA  95825
9  Telephone: (916) 564-6100

10 Attorneys for Defendants

11                    **UNITED STATES DISTRICT COURT**
12
                      **EASTERN DISTRICT OF CALIFORNIA**
13

14 NEBRASKA HUGGINS,              ) Case No.: 2:15-cv-01424-WBS-CKD
                                  )
15              Plaintiff,        ) **STIPULATION TO MODIFY PRETRIAL**
                                  ) **SCHEDULING ORDER; ORDER**
16       vs.                      )
17                                )
   CITY OF ROCKLIN; et al.,       )
18                                )
19              Defendants.       )
                                  )
20

21       COME NOW THE PARTIES by and through their respective counsel and subject to the
22 approval of this Court, hereby stipulate and respectfully request the following modifications to
23 this Court's Pretrial Scheduling Order of October 22, 2015 (ECF 11), regarding the scheduling of
24 this case:
25    • That the expert witness disclosure cut-off date currently set for July 18, 2016 be moved to
26      August 22, 2016;
27    • That the rebuttal expert witness disclosure currently set for July 25, 2016 be moved to
28      August 29, 2016;

-1-
**Stipulation to Modify Pretrial Scheduling Order; [Proposed] Order**

- That expert discovery be permitted through September 12, 2016.

The parties stipulate to and request this modification of the pretrial order as to the expert witness disclosure only because of deposition scheduling difficulties for the officers due to their schedule and the size of the Rocklin Police Department. The parties are trying to insure that experts have copies of recent deposition transcripts before their reports are due. There is good cause for this modification, and it does not change any of the other dates set by the court including those concerning dispositive motions and trial. The parties are confident that the new dates for expert witness disclosures will provide all parties with adequate time to complete dispositive motions and have the case prepared for trial by the currently scheduled trial date.

Dated: July 18, 2016

**LAW OFFICE OF STEWART KATZ**

*/s/ Stewart Katz (as authorized on 7/18/16)*
_____
STEWART KATZ
Attorney for Plaintiff

Dated:  July 18, 2016

**ANGELO, KILDAY & KILDUFF, LLP**

     */s/ Bruce A. Kilday*
By: _____
    BRUCE A. KILDAY
    CARRIE A. McFADDEN
    SEAN D. O'DOWD
    Attorneys for Defendants

**IT IS SO ORDERED.**

**Dated:  July 21, 2016**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stipulation to Modify Pretrial Scheduling Order; [Proposed] Order**