**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff

**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, ESQ., SB No. 66415
CARRIE A. McFADDEN, ESQ., SB No. 245199
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBRASKA HUGGINS, ) | Case No.: 2:15-cv-01424-WBS-CKD |
| ) Plaintiff, ) | **AMENDED STIPULATION AND ORDER REQUESTING CONTINUANCE OF DEADLINES SO PARTIES CAN ATTEND MEDIATION** |
| vs. ) | |
| CITY OF ROCKLIN; et al., ) | |
| ) Defendants. ) | |

Pursuant to the Court's Scheduling Order (Docket No. 11, p. 6:21-25), Plaintiff NEBRASKA HUGGINS and Defendants CITY OF ROCKLIN, Officer HANDLEY, Officer KOLASKEY, Corporal FARRULLA, Sgt. JEWELL, and Officer ALWAY (hereinafter "DEFENDANTS"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court continue the expert discovery deadline and the dispositive motion filing deadline so that the parties can attend a mediation scheduled for Oct. 17, 2016 with Justice Morrison (Ret.) of JAMS mediation services to attempt to resolve this case without incurring additional litigation costs.

-1-
**AMENDED STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF DEADLINES SO PARTIES CAN ATTEND MEDIATION**

1  WHEREAS:

2  1. The parties have scheduled a mediation with Justice Morrison (Ret.) of JAMS and
3  formerly with the Third District Court of Appeal on Oct. 17, 2016.

4  2. Defendants anticipate preparing and filing a motion for summary adjudication of
5  some of Plaintiff's causes of action. Plaintiff and Defendants have disclosed an expert witness in
6  police practices. In order to provide the best opportunity to settle this case, the parties agree that
7  it is important to minimize additional costs and attorney's fees to the extent possible so that they
8  can attempt to resolve this case at the mediation.

9  3. The parties therefore request that the expert discovery deadline, currently set for
10 September 12, 2016, be continued to October 28, 2016 and the deadline to file dispositive
11 motions be continued from September 23, 2016 to November 11, 2016.

12 4. The Final Pretrial Conference, currently scheduled for November 21, 2016, be
13 continued to December 19, 2016.

15 Dated: September 23, 2016        **LAW OFFICE OF STEWART KATZ**

                                   */s/ Stewart Katz (as authorized on 9/21/16)*
                                   _____
                                   STEWART KATZ
                                   Attorney for Plaintiff

21 Dated:  September 23, 2016       **ANGELO, KILDAY & KILDUFF, LLP**

                                       */s/ Carrie A. McFadden*
                                   By: _____
                                       BRUCE A. KILDAY
                                       CARRIE A. McFADDEN
                                       Attorneys for Defendants

**ORDER**

GOOD CAUSE APPEARING, the expert discovery deadline is continued from September 12, 2016 to October 28, 2016 and the deadline to file dispositive motions is continued from September 23, 2016 to November 11, 2016.  The Final Pretrial Conference is continued from November 21, 2016 at 2:00 p.m. to December 19, 2016 at 2:00 p.m.

Dated:  September 23, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**AMENDED STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF DEADLINES SO PARTIES CAN ATTEND MEDIATION**