1  **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
2  555 University Avenue, Suite 270
Sacramento, CA  95825
3  Telephone:  (916) 444-5678

4  Attorneys for Plaintiff

5

6  **ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, ESQ., SB No. 66415
7  CARRIE A. McFADDEN, ESQ., SB No. 245199
601 University Avenue, Suite 150
8  Sacramento, CA  95825
Telephone: (916) 564-6100
9

10  Attorneys for Defendants

11  **UNITED STATES DISTRICT COURT**

12  **EASTERN DISTRICT OF CALIFORNIA**

13

| NEBRASKA HUGGINS, | ) | Case No.: 2:15-cv-01424-WBS-CKD |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
|  | ) | **[PROPOSED] ORDER** |
| vs. | ) |  |
|  | ) |  |
| CITY OF ROCKLIN; ANTHONY HANDLEY; JEFFREY KOLASKEY; TRENT JEWELL; MICHAEL ALWAY; and GILBERT FARRULLA, | ) ) ) ) |  |
|  | ) |  |
| Defendants. |  |  |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff NEBRASKA HUGGINS and Defendants CITY OF ROCKLIN; ANTHONY HANDLEY; JEFFREY KOLASKEY; TRENT JEWELL; MICHAEL ALWAY; and GILBERT FARRULLA, that this case be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Each party is to bear its/his own fees and costs, including all attorneys' fees.

///

Dated: November 21, 2016              LAW OFFICE OF STEWART KATZ

                                      /s/ Stewart Katz
                                      STEWART KATZ
                                      Attorney for Plaintiff


Dated: November 21, 2016              **ANGELO, KILDAY & KILDUFF, LLP**

                                      By:/s/ Carrie A. McFadden
                                         BRUCE A. KILDAY
                                         CARRIE A. McFADDEN
                                         Attorneys for Defendants


### ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This action against Defendants CITY OF ROCKLIN; ANTHONY HANDLEY; JEFFREY KOLASKEY; TRENT JEWELL; MICHAEL ALWAY; and GILBERT FARRULLA is dismissed with prejudice. All parties to bear its/their own attorneys' fees and costs.

Dated: November 22, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE